UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Solutions North America, Inc.<br>1025 Connecticut Avenue, NW<br>Suite 1012<br>Washington, D.C. 20036<br><br>        Plaintiff,<br><br>vs.<br><br>The Karic Foundation<br>a/k/a Karic Fondacija<br>Palmira Toljatija 3<br>11070  Belgrade<br>Serbia and Montenegro<br><br>        Defendant. | )<br>)<br>)  C.A. No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT FOR DAMAGES**
**WITH NOTICE OF LIS PENDENS**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(2).  The amount in controversy in this Complaint exceeds the sum of $75,000 and the parties are citizens of different states.  Venue is proper in this Court pursuant to 28 U.S.C. §§1391(a)(2) based on the events or omissions giving rise to the claims made herein.

**PARTIES**

2. Plaintiff, Solutions North America, Inc. ("SNA" or "Plaintiff"),  is a Delaware corporation with its principal place of business located within the District of Columbia.

3. Defendant, The Karic Foundation ("Karic Foundation" or "Defendant"), also known as Karic Fondacija, is a non-profit organization incorporated in Belgrade, Serbia.

4. Defendant is the owner of real property located at 2 Sixth Street, N.E., Washington, D.C. 20002, also known as Lot 800 Square 840 (herein referred to as the "Property").

## FACTS

5. On or about March 26, 2003, SNA and Karic Foundation entered into a Consulting Agreement, by which Karic Foundation retained SNA as a consultant to provide services to Karic Foundation in the fields of management, governmental relations, and public relations. A true and correct copy of the Consulting Agreement is attached hereto as Exhibit 1.

6. The Consulting Agreement requires Karic Foundation to pay SNA a monthly retainer fee of $20,000 and to reimburse SNA for expenses incurred relating to its services provided under the Consulting Agreement.

7. Pursuant to the Consulting Agreement, SNA provided consulting services to assist Karic Foundation related to Karic Foundation's acquisition of the Property and establishment and management of "Serbia House" at the Property. Serbia House was intended to be, among other things, an office location in the United States for Karic Foundation.

8. SNA faithfully performed its obligations under the Consulting Agreement, but Karic Foundation materially breached the Consulting Agreement by repeatedly failing to pay SNA the monthly fees to which SNA was entitled, and by repeatedly failing to reimburse SNA for expenses incurred by SNA in relation to its consulting services rendered to Karic Foundation.

9. As of the date of the filing of this Complaint, Karic Foundation is indebted to SNA in the amount of not less than $250,000 for fees and expenses under the Consulting Agreement.

10. SNA has made multiple demands upon Karic Foundation for payment of the amounts owed to SNA by Karic Foundation, but Karic Foundation continues to remain in default of its obligations to SNA.

**BREACH OF CONTRACT**

11. Plaintiff incorporates and restates herein the foregoing allegations of paragraphs 1 through 10.

12. Defendant has failed and refused to perform its obligations under the Consulting Agreement in that Defendant has failed to pay the monthly consulting fee and to reimburse SNA for expenses incurred with relation to the services performed under the Consulting Agreement.

13. WHEREFORE, Plaintiff seeks a judgment against Defendant in the amount of not less than $250,000, plus pre-judgment and

4

post-judgment interest and costs, and such other and further relief as is just and proper.

                CONNOLLY BOVE LODGE & HUTZ LLP

                _____
                Craig B. Young
                1990 M Street, NW, Suite 800
                Washington, D.C. 20036
                (202) 331-7111 Telephone
                (202) 293-6229 Facsimile
                cby@cblhlaw.com

Dated: August ___, 2005

Solutions North America Inc. Complaint.doc/10575*2