UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Solutions North America, Inc.<br>1025 Connecticut Avenue, NW<br>Suite 1012<br>Washington, D.C. 20036<br>　　　　　　　Plaintiff. | )<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:05CV01597<br><br>Judge: Paul L. Friedman |
| vs. | ) | |
| The Karic Foundation<br>a/k/a Karic Fondacija<br>Palmira Toljatija 3<br>11070 Belgrade<br>Serbia and Montenegro<br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | |

**NOTICE OF DISMISSAL OF ACTION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby notices the dismissal of this action without prejudice. No answer or dispositive motion has been filed or served by the Defendants.

Respectfully submitted,

　　　/s/ Craig B. Young
Craig B. Young, Esq.
Connolly Bove Lodge & Hutz LLP
1990 M Street, NW, Suite 800
Washington, D.C. 20036
Phone: 202 572 0313
Fax:    202 293 6229
Attorneys for Plaintiff